BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | Case No. |
| Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION |
| v. | |
| CONSTANCE BARKER, MICHAEL BALDONADO, WILLIAM TAMAYO, MALINDA TUAZON, EDWARD GOMEZ, MICHAEL DOUGHERTY, AND U.S. EEOC, | |
| Defendants. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from California State Court to the United States District Court pursuant to 28 U.S.C. § 1442.

The United States of America,[1] on behalf of defendants Constance Barker, Michael Baldonado, William Tamayo, Malinda Tuazon, Edward Gomez, Michael Dougherty, and U.S. EEOC, through its undersigned attorneys, respectfully represents the following:

---

[1] The undersigned counsel is making a special appearance on behalf of the United States, and by so appearing does not waive personal jurisdiction, the service of process requirements of Rule 4(i) of the Federal Rules of Civil Procedure, or any other defenses available to the United States in this action.

Notice of Removal of Civil Action                                    1

1.   That defendants Constance Barker, Michael Baldonado, William Tamayo, Malinda Tuazon, Edward Gomez, Michael Dougherty, and U.S. EEOC are named in a complaint in a civil action now pending in the Superior Court of California for the County of Solano, entitled *Gonzalo R. Rubang, Jr. v. Constance Barker, et al.*, Case No. FCS046316. Attached hereto as Exhibit A is a copy of the complaint.

2.   That the above-described state court action is one that may be removed pursuant to 28 U.S.C. § 1442 for the reasons that:

a.   The plaintiff in said action seeks tort damages from defendants for defendants' alleged acts of negligence against plaintiff;

b.   Defendants are a federal agency and current and/or former employees of the United States Equal Employment Opportunity Commission who were acting within the scope of their employment at the time of the alleged incident(s) giving rise to plaintiff's claim;

c.   Under subsection (b) of Section 2679 of Title 28, United States Code, plaintiff's remedy in tort for the alleged damages claimed against defendants is an action against the United States as provided by Section 1346(b) of Title 28;

d.   Section 1346(b) of Title 28, United States Code, reposes exclusive jurisdiction over such tort actions in the United States District Courts;

e.   Section 1442(a)(1) of Title 28, United States Code, expressly permits the removal of actions against the United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof; and

f.   No trial has yet been had in the state court in this action.

The thirty-day time limit for removal provided by 28 U.S.C. § 1446(b) does not apply because, in accordance with 28 U.S.C. § 2679(d)(2), upon certification that "the defendant [federal] employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial . . .."[2]

---

[2]   A Certification of Scope of Federal Employment is being filed in conjunction with this notice of removal.

Notice of Removal of Civil Action                    2

WHEREFORE, this action is hereby removed to this Court.

Respectfully submitted,

DATED:  January 5, 2016

BENJAMIN B. WAGNER
United States Attorney


By:    /s/ *Bobbie J. Montoya*
       BOBBIE J. MONTOYA
       Assistant U.S. Attorney

       Attorneys for United States of America

Notice of Removal of Civil Action                    3