BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR.,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA and U.S. EEOC,<br><br>           Defendants. | Case No.  2:16-CV-00030-KJM-KJN PS<br><br>ORDER GRANTING UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

For good cause shown, the United States of America's *ex parte* application for extension of time for defendants to respond to plaintiff's complaint is hereby APPROVED.  Defendants' deadline to respond to the complaint is extended to February 12, 2016.

IT IS SO ORDERED.


Dated: January 11, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1